UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 03, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Herman Lee Kindred, 671207 | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action V-15-093 |
| Lori Davis, Director TDCJ-ID | § § | |
| Defendant. | § § | |

## Order of Dismissal

The report and recommendation of Magistrate Judge John Froeschner is adopted and the petition for a writ of habeas corpus of Herman Lee Kindred is dismissed.

Signed on October 3, 2016, at Houston, Texas.

                                        Lynn N. Hughes
                                        United States District Judge